UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APRIL BROCKEBERRY,

    Plaintiff,

                                              DOCKET NO. 3:14-cv-1534 (AWT)

vs.

                                                JANUARY 6, 2015

ANSONIA HOUSING AUTHORITY, ET AL.

    Defendants.

**DEFENDANTS' OBJECTION TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANSONIA HOUSING AUTHORITY DATED NOVEMBER 17, 2014**

REQUESTS FOR PRODUCTION

1.    Produce all training materials provided to persons serving as hearing officers for Section 8 termination hearings regarding the conduct of a termination hearing.

        **OBJECTION: THIS REQUEST IS OVERLY BROAD IN ITS SCOPE.  THE DEFENDANTS ARE WILLING TO RESPOND FOR THE PERIOD OF ONE YEAR BEFORE THE TIME OF THE TERMINATION IN THIS CASE WHICH WAS JUNE 2014.**

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx

2.  Produce all documents relating to any complaints or investigations by the United States Department of Housing and Urban Development or any state agency involving a Section 8 termination hearing involving a participant in defendant's Section 8 program.

> **OBJECTION: THIS REQUEST IS OVERLY BROAD IN ITS TIME FRAME. THE DEFENDANTS ARE WILLING TO RESPOND FOR THE PERIOD OF TIME OF TWO YEARS BEFORE THE TERMINATION IN THIS CASE OF JUNE, 2014.**

3.  Produce all documents or other tangible things defendant intends to use at the preliminary injunction/ trial of this case, either as affirmative evidence, demonstrative aids, or impeachment materials.

> **OBJECTION: THE REQUEST IS OBJECTED TO AS TO THE PHRASE "OTHER TANGIBLE THINGS." THE DEFENDANTS WILL RESPOND IN REGARD TO DOCUMENTATION.**

4,  Produce all documents relating to defendant AHA's policies, procedures, and/or guidelines for using its discretion with respect to decisions to terminate participation in its Section 8 voucher assistance program based on an allegation of fraud.

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx

**OBJECTION: THIS REQUEST IS OBJECTED TO BECAUSE OF THE TIME FRAME. THE DEFENDANTS WILL RESPOND IN REGARD TO THE POLICIES AND PROCEDURES IN PLACE AT THE TIME OF THE HEARING INVOLVED IN THIS MATTER.**

5.   Produce all documents, including, but not limited to policies, statements, or memoranda regarding any requirement that participants in defendant AHA's Section 8 voucher assistance program have custody of the minor children living in the household.

**OBJECTION: THIS REQUEST IS OVERLY BROAD IN REGARD TO ITS TIME FRAME. THE DEFENDANTS WILL RESPOND IN REGARD TO POLICIES AND PROCEDURES THAT APPLY TO THE PLAINTIFF AND HER APPLICATION PROCESS INCLUDING THE WAIT LIST.**

6.   Produce all documents including, but not limited to policies, statements, or memoranda, regarding any requirement that children listed as a member of a participant's Section 8 household have only one residence.

**OBJECTION: THIS REQUEST IS OVERLY BROAD IN REGARD TO ITS TIME FRAME. THE DEFENDANTS WILL RESPOND IN REGARD TO POLICIES AND PROCEDURES THAT APPLY TO THE PLAINTIFF AND HER APPLICATION PROCESS INCLUDING THE WAIT LIST**.

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx

7. Produce all documents prepared or received by defendant AHA, including ail employees, agents, or representatives, concerning the plaintiff, April Brockenberry or concerning Jannie Mae Glover, the co-guardian of the minor children of Ms. Brockenberry.

RESPONSE:

8. Produce all records maintained by defendant AHA concerning the plaintiff, April Brockenberry, including, but, not limited *to*, her initial application, communication regarding the initial issuance of a voucher in 2012, certifications and recertifications, verification documents, correspondence, leases, and documents pertaining to the termination decision in 2014.

RESPONSE:

9. Produce all documents not otherwise called for in response to the above requests that are relevant to any claim or defense in this action.

**OBJECTION: THIS REQUEST IS OBJECTED TO BECAUSE IT DOES NOT SEEK SPECIFIC INFORMATION AND IS SIMPLY A "FISHING EXPEDITION" WITH NO DEFINITE TERMS.**

4

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx

THE DEFENDANTS

/S/ Donn A. Swift, Esq.
DONN A. SWIFT, ESQ.
LYNCH, TRAUB, KEEFE & ERRANTE, P.C.
52 TRUMBULL STREET, POB 1612
NEW HAVEN, CT 06510
Federal Bar No. ct05274
E-mail: DSwift@LTKE.com
TEL. (203) 787 0275

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx

## CERTIFICATION

This is to certify that the foregoing was e-filed by defendant and served by regular mail on anyone unable to accept electronic filing, on January 6, 2015. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ DONN A. SWIFT

6

Lynch, Traub, Keefe & Errante, P.C. ● 52 Trumbull Street, P.O. Box 1612 ● New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 ● Fax: (203) 782-0278 ● E-Mail: Lawyers@LTKE.com ● Website: www.LTKE.com

W:\11000-11999\11937 HAI\347 April Brockenberry vs. Ansonia HA\Pleadings\2015\DEFENDANTS' OBJECTION.docx